Mark D. Plevin (State Bar No. 146278)
PLEVIN & TURNER LLP
580 California Street, 12th Floor
San Francisco, California 94104
Telephone: (202) 580-6640
Email: mplevin@plevinturner.com

Miranda H. Turner (*pro hac vice* forthcoming)
PLEVIN & TURNER LLP
1701 Pennsylvania Avenue, N.W., Suite 200
Washington, D.C. 20006
Telephone: (202) 580-6640
Email: mturner@plevinturner.com

Attorneys for Defendant Continental Casualty Company

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE ROMAN CATHOLIC BISHOP OF ORANGE, a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>ALLIANZ UNDERWRITERS INSURANCE COMPANY f/k/a ALLIANZ UNDERWRITERS, INC., an Illinois Corporation, and CONTINENTAL CASUALTY COMPANY, an Illinois Corporation,<br><br>Defendants. | Case No.: 2:24-cv-09612-MRA (ADSx)<br><br>Hon. Monica Ramirez Almadani<br><br>**CONTINENTAL CASUALTY COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>**Date:** March 17, 2025<br>**Time:** 1:30 p.m.<br>**Judge:** Hon. Mónica Ramírez Almadani<br>**Place:** United States Federal Courthouse, 350 W. First Street, Los Angeles, CA<br>**Courtroom:** 10B<br><br>Complaint served: December 12, 2024<br>Responsive pleading due: February 11, 2025 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Defendant Continental Casualty Company ("Continental") hereby: (1) moves this Court for an order dismissing with prejudice Plaintiff's First Amended Complaint for Declaratory Relief filed on December 12, 2024 ("Complaint"); and (2) notices this Motion for hearing on March 17, 2025 at 1:30

p.m., or as soon thereafter as it may be heard. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on January 21, 2025.

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Continental moves to dismiss with prejudice the Complaint for failure to state a claim upon which relief can be granted. The Complaint seeks a declaration that insurance policies allegedly issued by Continental are not subject to an aggregate limit. However, as set forth in the accompanying Memorandum of Points and Authorities, such a declaration is foreclosed by a recent ruling by this Court in a related case, wherein the Court ruled that the same language incorporated into the alleged Continental policies does provide for an applicable aggregate limit. Accordingly, RCBO cannot state a claim for the declaration it seeks with respect to the alleged Continental policies as a matter of law. The Court should dismiss the Complaint against Continental.

There are no disputed facts at issue and no additional facts that Plaintiff could plead that are relevant to the interpretation of the alleged policies. Dismissal with prejudice is appropriate.

Dated: February 11, 2025

Respectfully submitted,

PLEVIN & TURNER LLP

By: */s/ Mark D. Plevin*
Mark D. Plevin (State Bar No. 146278)
580 California Street, Suite 1200
San Francisco, California 94104
(202) 580-6640
mplevin@plevinturner.com

Miranda H. Turner (*pro hac vice* forthcoming)
1701 Pennsylvania Avenue, N.W., Suite 200
Washington, D.C. 20006
(202) 580-6640
mturner@plevinturner.com

*Attorneys for Defendant Continental Casualty Company*