# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ROMAN CATHOLIC BISHOP OF ORANGE, a Corporation sole,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANZ UNDERWRITERS INSURANCE COMPANY f/k/a ALLIANZ UNDERWRITERS, INC., an Illinois Corporation, and CONTINENTAL CASUALTY COMPANY, an Illinois Corporation,<br><br>Defendants. | Case No. 2:24-cv-09612-MRA-ADSx<br><br>Hon. Mónica Ramírez Almadani<br>Courtroom 10B<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **GRANTED**.

**IT IS SO ORDERED**.

DATED:  December 4, 2025                    /s/ Autumn D. Spaeth
                                            HON. AUTUMN D. SPAETH
                                            UNITED STATES DISTRICT JUDGE

1